IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRICIA GALBREATH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 15-0308-CG-M |
| | ) |
| HALE COUNTY, ALABAMA | ) |
| COMMISSION, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation (Doc. 16) of the Magistrate Judge dated September 15, 2015, and made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Defendants' Motion to Dismiss (Doc. 29) is **GRANTED in part** and **DENIED in part**, such that the Complaint (Doc. 1) be **PARTIALLY DISMISSED** under Federal Rule of Civil Procedure 12(b)(6) as follows:

1. Counts 1, 2, and 7 are **DISMISSED** against Defendant Arthur Crawford in his official capacity _only_;

2. Count 6 is **DISMISSED** against Crawford in his individual capacity _only_; and

3. Counts 3 and 8 are **DISMISSED** against Crawford _only_, in their entirety.

**DONE and ORDERED** this 30th day of September, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE