IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **TRICIA GALBREATH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO. 15-0308-CG-N** |
| ) | |
| **HALE COUNTY, ALABAMA** ) | |
| **COMMISSION, and HALE COUNTY** ) | |
| **ALABAMA, PROBATE JUDGE** ) | |
| **ARTHUR CRAWFORD (in his** ) | |
| **individual and official capacities),** ) | |
| ) | |
| **Defendants.** ) | |

## FINAL JUDGMENT

In accordance with the Court's Orders issued on September 30, 2015 (Doc. 18), February 1, 2017 (Doc. 48), and February 17, 2017 (Doc. 54), Plaintiff's Due Process Claim, Count 1; Equal Protection Rights Claim, Count 2; Race-Based Employment Discrimination Claim, Count 3; Breach of Contract Claim, Count 4; Defamation Claim, Count 6; Due Process - Stigma Plus Claim; Count 7; and Age Discrimination Claim, Count 8, against Defendant Arthur Crawford in his individual and official capacities are hereby **DISMISSED with prejudice**, and Plaintiff's Equal Protection Rights Claim, Count 2; Race-Based Employment Discrimination Claim, Count 3; and Age Discrimination Claim, Count 8; against Defendants Hale County, Alabama Commission and Hale County Alabama are hereby **DISMISSED with prejudice**.

In accordance with the verdict of the jury entered on March 27, 2017, it is **ORDERED** and **ADJUDGED** that **JUDGMENT** is hereby entered in favor of Plaintiff, Tricia Galbreath, and against Defendants, Hale County Alabama Commission and Hale County Alabama, with respect the Plaintiff's Due Process Claim, Count 1; Breach of Contract Claim, Count 4; and Wrongful Termination Claim, Count 5.  Damages in the amount of $8,000.00 are awarded to the Plaintiff to compensate her for any emotional pain and mental anguish she suffered from the date of her discharge to the date of the verdict, and compensatory damages are awarded to Plaintiff in the amount of $128,600.00.

**DONE and ORDERED** this 28th day of March, 2017.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE